# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0058.  KENNETH TERRILL JONES v. BARANCO HOLDINGS, LLC., D/B/A MERCEDES-BENZ OF BUCKHEAD, ET AL.**

APPELLANT'S Emergency Motion for an Extension of Time to File Application for Discretionary Appeal is herein DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/16/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*